FILED
ASHEVILLE, NC
JAN 11 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON

MISC. 1:22MC1

In the Matter of: **APPLICATION FOR EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEE**

**ORDER**

This matter is before the Court upon the request of Professor Jonah Berger, University of Pennsylvania for exemption from payment of PACER fees. The Administrative Office has determined that Professor Berger falls within the class of users listed in the fee schedule as being eligible for a fee exemption and has included him in the Multi-Court Pacer Fee Exemptions. Additionally, the Court finds that an exemption is necessary to avoid unreasonable burden and to promote public access to information.

Accordingly, Professor Jonah Berger shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in the court, to the extent such use in incurred in the course of their research. Professor Jonah Berger shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system for this court.

Additionally, the following limitations apply:

1. This fee exemption applies only to and is valid only for the purposes stated above;
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. By accepting this exemption, Professor Berger agrees not to sell for profit any data obtained as a result of receiving this exemption; and,

4. This exemption is valid for a period from January 11, 2022 through August 31, 2022. Professor Berger may apply for a renewal of this exemption.
5. This exemption may be revoked at the discretion of the Court at any time. A copy of this order shall be sent to and to the PACER Service Center.

This \_\_11\_\_ day of January 2022.

Martin Reidinger
Chief United States District Judge